ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California  93721
Telephone:  (559) 237-6000

Attorney for Defendant, PAUL WHITMORE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>PAUL WHITMORE,<br><br>    Defendant. | CASE NO:  CRF-02-5301 OWW<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE/SENTENCING** |

    The parties hereto, by and through their respective attorneys, stipulate and agree that the status conference/sentencing hearing currently scheduled for June 13, 2005, be continued until August 22, 2005 at 1:30 p.m.

    Jury trial in Mr. Whitmore's state case in San Diego County Superior Court is now scheduled for October 13, 2005.  Motions are to be argued in June of 2005.  The date selected will afford counsel in the instant action an opportunity to know whether the prosecution has accepted Mr. Whitmore's settlement offer in the state action or whether the matter will proceed to trial.

    The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: June 2, 2005              /s/ Jonathan Conklin
                                          JONATHAN CONKLIN
                                          Assistant United States Attorney
                                          **This was agreed to by Mr. Conklin, via telephone, on June 2, 2005**

1

1
2  DATED: June 2, 2005          /s/ Roger K. Litman
3                               ROGER K. LITMAN
                                Attorney for Defendant
4                               PAUL WHITMORE
5
6                              **ORDER**

7     The court having considered the stipulation of the parties and GOOD CAUSE
8  APPEARING, the court now orders that the Status conference/sentencing hearing
9  currently scheduled for June 13, 2005 be continued to August 22, 2005 at 1:30
10 p.m.
11
12 DATED:   __June 6_____, 2005
13
                                /s/ OLIVER W. WANGER
14                              _____
                                HONORABLE OLIVER W. WANGER
15                              District Court Judge
                                Eastern District of California
16
17
18
19
20
21
22
23
24
25
26
27
28

2