ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California  93721
Telephone:  (559) 237-6000

Attorney for Defendant, PAUL WHITMORE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>PAUL WHITMORE,<br><br>    Defendant. | CASE NO:  CRF-02-5301 OWW<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE/SENTENCING** |

    The parties hereto, by and through their respective attorneys, stipulate and agree that the status hearing currently calendared for December 5, 2005 at 1:30 p.m. be continued until December 12, 2005 at 1:30 p.m. before Hon. Oliver W. Wanger.

    The purpose of this continuance is to allow the parties in the instant action to learn of the jury's verdict in San Diego Superior Court Action No. 165314, People v. Paul Whitmore.  Counsel has learned that the jury is still deliberating in the state court action.  Counsel anticipate a jury verdict before December 12, 2005.  Knowledge of said verdict, and a sentencing date, if any, will allow counsel for the parties to set future dates for Mr. Whitmore in a meaningful manner.

DATED: November 30, 2005    /s/ Jonathan Conklin
                                              JONATHAN CONKLIN
                                              Assistant United States Attorney
                                              **This was agreed to by Mr. Conklin, via telephone, on November 29, 2005**

1

1  DATED: November 30, 2005          /s/ Roger K. Litman
2                                    ROGER K. LITMAN
                                     Attorney for Defendant
3                                    PAUL WHITMORE
4
5                                **ORDER**

6    The court having considered the stipulation of the parties and GOOD CAUSE
7  APPEARING, the court now orders that the status hearing currently scheduled for
8  December 5, 2005 be continued to December 12, 2005 at 1:30 p.m.
9
10 DATED:   _December 1_____, 2005
11
                                     /s/ OLIVER W. WANGER
12                                   _____
                                     HONORABLE OLIVER W. WANGER
13                                   District Court Judge
                                     Eastern District of California
14

2