ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California  93721
Telephone:  (559) 237-6000

Attorney for Defendant, PAUL WHITMORE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PAUL WHITMORE,<br><br>　　　　Defendant.<br>_____ | CASE NO:  CRF-02-5301 OWW<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE/SENTENCING** |

　　　　The parties hereto, by and through their respective attorneys, stipulate and agree that the status hearing currently calendared for December 5, 2005 at 1:30 p.m. be continued until December 12, 2005 at 1:30 p.m. before Hon. Oliver W. Wanger.

　　　　The purpose of this continuance is to allow the parties in the instant action to learn of the jury's verdict in San Diego Superior Court Action No. 165314, People v. Paul Whitmore.  Counsel has learned that the jury is still deliberating in the state court action.  Counsel anticipate a jury verdict before December 12, 2005.  Knowledge of said verdict, and a sentencing date, if any, will  allow counsel for the parties to set future dates for Mr. Whitmore in a meaningful manner.

DATED: November 30, 2005　　　　/s/ Jonathan Conklin
　　　　　　　　　　　　　　　　　　　JONATHAN CONKLIN
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　**This was agreed to by Mr. Conklin, via telephone, on November 29, 2005**

1

DATED: November 30, 2005         /s/ Roger K. Litman
                                 ROGER K. LITMAN
                                 Attorney for Defendant
                                 PAUL WHITMORE

## **ORDER**

The court having considered the stipulation of the parties and GOOD CAUSE APPEARING, the court now orders that the status hearing currently scheduled for December 5, 2005 be continued to December 12, 2005 at 1:30 p.m.

DATED:   _December 1____, 2005

                                 /s/ OLIVER W. WANGER
                                 _____
                                 HONORABLE OLIVER W. WANGER
                                 District Court Judge
                                 Eastern District of California

2