ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California  93721
Telephone:  (559) 237-6000

Attorney for Defendant, PAUL WHITMORE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                            )<br>            Plaintiff,                              )<br>                                                            )<br>    v.                                                  )<br>                                                            )<br>PAUL WHITMORE,                             )<br>                                                            )<br>            Defendant.                         )<br>_____) | CASE NO:  CRF-02-5301 OWW<br><br>**STIPULATION AND ORDER<br>TO CONTINUE SENTENCING** |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing scheduled for July 17, 2006, be continued until July 31, 2006 at 1:30 p.m. in the above-entitled court.

Any Formal Objections to be filed on behalf of defendant must be submitted to the court by June 19, 2006.  Government's response to Defendant's Formal Objections must be submitted to the court by July 3, 2006.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED:  June 2, 2006                          /s/ David Gappa
                                                               DAVID GAPPA
                                                               Assistant United States Attorney
                                                               **This was agreed to by Mr. Gappa
                                                               via telephone, on May 31, 2006**

1

DATED: June 2, 2006

/s/ Roger K. Litman
ROGER K. LITMAN
Attorney for Defendant
PAUL WHITMORE

## **ORDER**

The court having considered the stipulation of the parties and GOOD CAUSE APPEARING, the court now orders that the sentencing status hearing currently scheduled for July 17, 2006 be continued to July 31, 2006 at 1:30 p.m.

IT IS SO ORDERED.

**Dated:** **June 8, 2006**
emm0d6

/s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE