ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California  93721
Telephone:  (559) 237-6000

Attorney for Defendant, PAUL WHITMORE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>             )<br>        Plaintiff,   )<br>             )<br>   v.        )<br>             )<br>PAUL WHITMORE,   )<br>             )<br>        Defendant.   )<br>_____) | CASE NO:  CRF-02-5301 OWW<br><br>**SECOND AMENDED STIPULATION AND ORDER TO CONTINUE SENTENCING** |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing scheduled for August 14, 2006, be continued until September 5, 2006 at 1:30 p.m. in the above-entitled court.

Any Formal Objections to be filed on behalf of defendant must be submitted to the court by July 26, 2006.  Government's response to Defendant's Formal Objections must be submitted to the court by August 23, 2006.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED:  June 13, 2006              /s/ David Gappa
                                   DAVID GAPPA
                                   Assistant United States Attorney
                                   **This was agreed to by Mr. Gappa via telephone, on June 13, 2006**

1

DATED:  June 13, 2006            /s/ Roger K. Litman
                                 ROGER K. LITMAN
                                 Attorney for Defendant
                                 PAUL WHITMORE

## ORDER

The court having considered the stipulation of the parties and GOOD CAUSE APPEARING, the court now orders that the sentencing hearing currently scheduled for August 14, 2006, be continued to September 5, 2006 at 1:30 p.m.

IT IS SO ORDERED.

**Dated:   June 14, 2006**              **/s/ Oliver W. Wanger**
emm0d6                                  UNITED STATES DISTRICT JUDGE