# MEMORANDUM

**To:** Whitmore File
**From:** Roger
**Date:** August 17, 2006

This morning I met with Jon Conklin in his chambers in Department No. 20 to discuss the issue that came up regarding whether Paul Whitmore's federal sentence could be served in a federal facility either concurrently or before his state prison sentence.

I showed Jon the memo in my file dated March 9, 2004 regarding our settlement negotiations and Jon's representation that arrangements could be made for Paul to serve his federal sentence in a selected federal prison before he was turned over to the state. Jon told me that both paragraphs accurately reflected our negotiations and his representations.