# MEMORANDUM

**To:** Whitmore File
**From:** RKL
**Date:** 3/9/04
**Subject:** Settlement Negotiations

Spoke to Jon Conklin this date. He spoke with Jeff Dort since Jon and I met at the Clovis Police Department last Friday. According to Jon, Jeff's offer to Paul is 400-life to run consecutive to his sentence in this case.

We then discussed settlement of the federal case only. Per John, arrangements could be made so that the sentence in this case will run concurrently with the state case. Also, arrangements could be made for Paul to serve his federal sentence in a selected federal prison before he is turned over to the state.

Told John I will speak with Kathy Hart and Gary Roberts re settlement.