

**U.S. Department of Justice**

Federal Bureau of Prisons

*Western Regional Office*

---

7950 Dublin Blvd., 3rd Floor
Dublin, California 94568
(925) 803-4700

August 3, 2006

Susan M. Perry
Legal Technician
U.S. Marshals
Eastern District of California
2500 Tulare Street, Suite 3501
Fresno, CA 93721

Re: U.S. v. Brooke Rowland, et al., CR F-02-5301 OWW
    Eastern District of California

Dear Ms. Perry:

    This is in response to your request for our assessment on whether Brooke Rowland, Reg. No. 60890-097, should begin serving his federal sentence.

    Our review of various sentencing documents you faxed us in this matter reveals that Mr. Rowland was originally in the primary custody of the State of California, when he was initially writted out into Federal custody in October of 2002. This indicates the Federal government merely *borrowed* Mr. Rowland for the purpose of prosecuting him, with the intention of returning him to State custody for the completion of his state sentence. The *writ of habeas corpus ad prosequendum* you provided supports our interpretation of events. Although Mr. Rowland was returned and writted back several times, there was no indication primary custody was ever relinquished. Consequently, it is our position that Mr. Rowland must remain in California state custody until his state sentence is completed. However, our review does indicate Mr. Rowland's Federal sentence will be served concurrently with his state sentence while he remains in California state custody.

Sincerely,

MAUREEN BAIRD
Correctional Programs
Administrator