ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California  93721
Telephone:  (559) 237-6000

Attorney for Defendant, PAUL WHITMORE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO:  CRF-02-5301 OWW |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE HEARING AND RESET BRIEFING SCHEDULE** |
| PAUL WHITMORE, | |
| Defendant. | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the hearing scheduled for October 10, 2006, be continued until October 30, 2006 at 1:30 p.m. in the above-entitled court.

Moving papers to be filed on behalf of defendant must be submitted to the court by October 13, 2006.  Government's response must be submitted to the court by October 27, 2006.

This continuance is necessitated by ongoing investigation being conducted by defense counsel to obtain information necessary to support Mr. Whitmore's motion to vacate his Waiver of Jury Trial.

DATED:  September 29, 2006      /s/ David Gappa_____
DAVID GAPPA
Assistant United States Attorney
**This was agreed to by Mr. Gappa
via telephone, on September 29, 2006**

1

1  DATED:  September 29, 2006     /s/ Roger K. Litman
                                    ROGER K. LITMAN

2                                      Attorney for Defendant
                                      PAUL WHITMORE

3

4

5                                     **ORDER**

6        The court having considered the stipulation of the parties and GOOD CAUSE

7  APPEARING, the court now orders that the hearing currently scheduled for October

8  10, 2006, be continued to October 30, 2006 at 1:30 p.m.

9  IT IS SO ORDERED.

10  **Dated:   October 3, 2006**            **/s/ Oliver W. Wanger**
emm0d6                              UNITED STATES DISTRICT JUDGE

2