IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. F-02-5301 OWW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PAUL WHITMORE, ) | |
| ) | |
| Defendant. ) | |

ORDER

It is ordered that this matter be heard on January 29, 2007, at 1:30 p.m. To the extent it is necessary, it is further ordered that any delay resulting from this continuance shall be excluded in the interests of justice under 18 U.S.C. §§ 3161(h)(1)(F), (h)(8)(A), and (h)(8)(B)(I).

IT IS SO ORDERED.

**Dated:   December 20, 2006**               **/s/ Oliver W. Wanger**
emm0d6                                             UNITED STATES DISTRICT JUDGE

1