ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California  93721
Telephone:  (559) 237-6000

Attorney for Defendant, PAUL WHITMORE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>PAUL WHITMORE,<br><br>        Defendant. | CASE NO:  CRF-02-5301 OWW<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

      The parties hereto, by and through their respective attorneys, stipulate and agree that the hearing scheduled for January 29, 2007 be continued until February 26, 2007 at 1:30 p.m. in the above-entitled court.

      This stipulation is necessitated to allow the government additional time to investigate averments in Mr. Whitmore's Motion to Withdraw Waiver of Jury Trial.

      The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED:  January 24, 2007        /s/ David Gappa
                                          DAVID GAPPA
                                          Assistant United States Attorney
                                          **This was agreed to by Mr. Gappa via telephone, on January 24, 2007**

DATED:  January 24, 2007          /s/ Roger K. Litman
                                  ROGER K. LITMAN
                                  Attorney for Defendant
                                  PAUL WHITMORE

## **ORDER**

The court having considered the stipulation of the parties and GOOD CAUSE APPEARING, the court now orders that the sentencing hearing currently scheduled for January 29, 2007, be continued to February 26, 2007 at 1:30 p.m.

IT IS SO ORDERED.

**Dated:   January 26, 2007**              **/s/ Oliver W. Wanger**
emm0d6                                    UNITED STATES DISTRICT JUDGE

2