IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. F-02-5301 OWW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | |
| ) | |
| PAUL WHITMORE, ) | |
| ) | |
| Defendant. ____) | |

ORDER

It is ordered that this matter be heard on June 11, 2007, at 1:30 p.m.   It is further ordered that the parties follow the following filing schedule:

        Government's Response    May 18, 2007

        Defendant's Reply    June 1, 2007

To the extent it is necessary, it is further ordered that any delay resulting from this continuance shall be excluded in the interests of justice under 18 U.S.C. §§ 3161(h)(1)(F), (h)(8)(A), and (h)(8)(B)(I).

IT IS SO ORDERED.

**Dated:   April 10, 2007**              **/s/ Oliver W. Wanger**
emm0d6                                   UNITED STATES DISTRICT JUDGE

1