# Attachment A

# SAN DIEGO REGIONAL ARREST/JUVENILE CONTACT REPORT

**AGENCY NUMBER:** 02006740

| Field | Value |
|---|---|
| ☒ ARREST REPORT / ☐ JUVENILE CONTACT | |
| WARRANT: ☐ LOCAL ☐ OUT | |
| AGENCY: SDPD | |
| ARJIS ASSISTED? ☒ Y ☐ N | |
| PAGE: 1 OF 2 | |
| SDSO BOOKING NUMBER: | |
| ☐ NOTIFY WARRANT | |
| ARREST DATE: 1/27/02 | TIME: 1800 |
| BEAT/DISTRICT: 322 | RELATED REPORTS: C/R FOLLOW-UP |
| CITATION NUMBER: | |

**CHARGE(S):** 288(a) P.C. CHILD MOLEST
**ADDN'L CHGS:** ☒
**ADULT RELEASES:** OR ☐ 849PC 01 ☐ 849 ☐

**PERSON ARRESTED (L.F.M):** WHITMORE, PAUL GORDON III
**NICKNAME:**

RACE: W (Black/Hispanic/Other/Chinese/AmIndian/Pac Isl/Filipino/Japanese/White/Unknown/All Other)
**AGE:** 43  **SEX:** M  **D.O.B.:** 10/20/58  **P.O.B.:** EL PASO, TX  **HT:** 5-10  **WT:** 150

**BUILD:** MED  **HAIR:** BRN  **EYES:** BLU
**ALIAS/MAIDEN NAME:**
**ARRESTEE'S ADDRESS:** 6222 ESTRELLA AVE  **CITY:** SAN DIEGO  **HOME PHONE:** (619) 501-0484

**MILITARY:** YES ☐  **OCCUPATION/RATE:** COMP. NETWORK ENG
**EMPLOYER/SCHOOL:** STEIN EDUCATION CENTER  **ADDRESS:** 6145 DECENA DR. S.D.
**BUS. PHONE:** (619) 281-8511

**EMERGENCY CONTACT/NEXT OF KIN (L.F.M):** WHITMORE, CLARISSA

**IS SUBJECT A SUSPECTED USER OF NARCOTICS/DRUGS?** YES ☐
**INTERPRETER REQUIRED?** YES ☐
**UNDOCUMENTED PERSON?** ☐
**SUSPECT'S RELATION(S):** ☒ RELATIVE / ACQUAINTANCE / STRANGER

**LOCATION OF ARREST:** 6222 ESTRELLA AVE  **CITY:** SAN DIEGO
**LOCATION OF OFFENSE:** 6222 ESTRELLA AVE  **CITY:** SAN DIEGO
**OFFENSE DATE/TIME:**

**CITIZEN ARREST?** YES ☐
**ARRESTING OFFICER:** S. GUERRA / McKINNON  **I.D.:** 0247 / 1866
**ADMONISHED BY:** S. GUERRA
**DO YOU UNDERSTAND EACH OF THESE RIGHTS THAT I HAVE EXPLAINED TO YOU?**
**HAVING IN MIND AND UNDERSTANDING YOUR RIGHTS AS I HAVE TOLD YOU, ARE YOU WILLING TO TALK WITH US?**
**STATEMENT:** YES ☒

## ARRESTEE DESCRIPTION

| HAIR LENGTH/TYPE | HAIR STYLE | FACIAL HAIR | COMPLEXION | SPEECH | VOICE |
|---|---|---|---|---|---|
| 1 BALD, 2 COLLAR, 3 LONG, 4 NECK, 5 SHORT, 6 SHOULDER, 7 COARSE, 8 FINE, 9 THICK, 10 THINNING, 11 WIRY, 12 OTHER | 1 AFRO/NAT, 2 BRAIDED, 3 BUSHY, 4 GREASY, 5 MILITARY, 7 PROCESSED, 8 STRAIGHT, 10 WAVY/CURLY, 11 OTHER | 1 CLEAN SHAVEN, 2 FULL BEARD, 3 FU MANCHU, 4 GOATEE, 5 LOWER LIP, 6 MUSTACHE, 7 NONE/FUZZ, 8 SIDEBURNS, 9 UNSHAVEN, 10 VAN DYKE, 11 OTHER | 1 ACNE, 2 DARK, 3 FRECKLED, 4 LIGHT, 5 MEDIUM, 6 PALE, 7 POCKED, 8 RUDDY, 9 SALLOW, 10 TANNED, 11 OTHER | 1 ACCENT, 2 LISPS, 3 MUMBLES, 4 OFFENSIVE, 5 QUIET, 6 RAPID, 7 SLOW, 8 STUTTERED, 9 TALKATIVE, 10 OTHER | 1 DISGUISED, 2 HIGH PITCH, 3 LOUD, 4 LOW PITCH, 5 MEDIUM, 6 MONOTONE, 7 NASAL, 8 PLEASANT, 9 RASPY, 10 SOFT, 11 OTHER |

**DRIVER'S LICENSE NO:** C5950606  **STATE:** CA
**SOCIAL SECURITY NO:** 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
**FBI NO:**
**CII NO:**
**IDENTIFICATION NUMBERS — OTHER I.D. / TYPE:**
**UNDOCUMENTED PERSON:** YES ☐

**FURTHER SUSPECT DESCRIPTION (e.g. glasses, tattoos, teeth, birthmarks, jewelry, scars, mannerisms, etc.):** NONE NOTED

**CLOTHING DESCRIPTION:** BLUE PLAID SHIRT / BLUE JEANS

**SUSPECT VEHICLE:** YEAR / MAKE / MODEL / COLOR / BODY TYPE / LICENSE NO. / STATE
**ADDITIONAL VEHICLE IDENTIFIERS (CHROME, DAMAGE, ETC.):**  **VIN NUMBER:**  **DISPOSITION OF VEHICLE:**
**REGISTERED OWNER (L.F.M):**  **ADDRESS:**  **CITY:**

**PROPERTY TAG NOS.:**
**DISPOSITION OF EVIDENCE:** 000010

## COMPANIONS / EVIDENCE

| # | NAME (L.F.M) | ADDRESS | CITY | PHONE | RACE | SEX | AGE | D.O.B. | ARRESTED | ADDN'L COMPANIONS LISTED |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | YES ☐ | |
| 2 | | | | | | | | | YES ☐ | |

## VICTIM / WITNESS

V/W NAME (L.F.M): (20) WHITMORE, MJ JOLLY
**RES. ADDRESS:** 6222 ESTRELLA AVE  **CITY:** SAN DIEGO  **HOME PHONE:** (619) 501-0484
**BUS. ADDRESS:**  **CITY:**  **BUS. PHONE:**  **RACE SEX D.O.B.:**
**ADDN'L VIC./WIT.:** YES ☐

**REPORTING OFFICER:** McKinnon  **I.D.:** 2687  **DIVISION:**
**REPORT DATE:** 01/28/02  **TIME:** 1800
**REPORT APPROVED:** Bruna  **I.D.:** 1856
**BOOKING APPROVED:**

# Attachment B



# DETAINER

UNITED STATES MARSHAL
Southern _____ DISTRICT OF __California__

*Please type or print neatly:*
**TO:George Bailey**
**446 Alta Rd., Suite 5300**
San Diego, CA 92158

**Booking No. 2106059**

**DATE: 8/28/02**
**SUBJECT:**WHITMORE, Paul Gordan
**AKA:**unknown
**DOB/SSN:10/20/1958**
**USMS #:**
**Warr No. CR. F-02-5301 OWW iss:8/9/02**

Please accept this Detainer against the above-named subject who is an unsentenced prisoner currently in your custody. The United States District Court for the Eastern District of California has issued an **arrest warrant(s)** charging the subject with the commission of the following offense(s):

CONSPIRACY TO SEXUALLY EXPLOIT CHILDREN

    Prior to the subject's release from your custody, please notify this office at once so that we may assume custody if necessary. If the subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at the time of transfer and advise this office as soon as possible.

    The notice and speedy trial requirements of the Interstate Agreement on Detainers Act do **NOT** apply to this Detainer because the subject is not currently serving a sentence of imprisonment at the time the Detainer is lodged. **IF THIS SUBJECT IS SENTENCED WHILE THIS DETAINER IS IN EFFECT, PLEASE NOTIFY THIS OFFICE AT ONCE.**

    Please acknowledge receipt of this Detainer. In addition, please provide one copy of the Detainer to the subject and return one copy of the Detainer to this office in the enclosed self-addressed envelope.

Very truly yours,

Stephen C. Stafford
*Acting United States Marshal*
By:_____
    Edna Rogers
    Investigative Research Specialist
    (619) 557-7481

| RECEIPT | |
|---|---|
| Date: | |
| Signed: | |
| By: | |
| Title: | |

COPY
PRIOR EDITIONS ARE OBSOLETE AND NOT TO BE USED
U.S. MARSHAL

Form USM-16a
EST 11/98

UNITED STATES MARSHALS SERVICE

NOTIFICATION REQUIREMENTS – SPEEDY TRIAL ACT

*Pursuant to the provisions of the Speedy Trial Act of 1974, P.L. 93-619, Title 18 U.S.C. §3161 (j)(1) and (2), a person serving a term of imprisonment in any penal institution, against whom a Detainer is lodged (based on pending Federal criminal charges which have not yet been tried) must be advised that a Detainer has been filed and that he/she has the right to demand speedy trial on those charges. Accordingly, please advise the subject indicated on the Detainer that a Detainer has been filed against him/her and that under the Act, he/she has the right to demand speedy trial on the charges. If your office does not have an official form for such purposes, the statements contained in this Form below may be used.*

---

**INSTRUCTIONS FOR COMPLETION OF STATEMENTS**

---

1. *Please read or show the following to the subject:* WHITMORE, Paul Gordan

"You are hereby advised that a Detainer has been filed against you on __August 28, 2002__, XX 2002, on the basis of Federal criminal charges filed against you in the U.S. District Court for the __Eastern__ District of __California__, a copy of which is attached. With regard to answering these charges, you are hereby advised that you have the right to demand a speedy trial under the Speedy Trial Act of 1974, P.L. 93-619. If you have any questions regarding the provisions of the Act, you should contact your attorney or the U.S. Attorney for the District of _____."

---

2. *Please execute the following:*

The foregoing was read to or by subject and a copy of the Detainer and the charges upon which it is based was delivered to him on this __August__ day of __31__ ~~2002~~

Signed: __m. _____ 0737__    Title: __Deputy Sheriff__

---

3. *Please have prisoner execute the following:*

*I have read or have been read the above paragraph notifying me that a Detainer has been lodged against me and that I have the right to demand speedy trial on the charges. I (do) (do not) demand a speedy trial on these charges. I understand that if I do request a speedy trial, this request will be delivered to the Office of the United States Attorney who caused the Detainer to be filed. Further, I understand that if at any time hereafter I desire to demand speedy trial and have not already done so, I can inform my custodian who will then cause the request to be forwarded to the appropriate U.S. Attorney.*

__m. _____ 0737__
(Witness)

_____ (Signature of Prisoner and Date)

__Paul G. Whitmore III__
(Typed or Printed Name of Prisoner)

---

4. *If the prisoner demands or does not demand a speedy trial at this time, please return both copies of this executed form with the receipted copies 2 and 3 of the Detainer to this office in the enclosed self-addressed envelope."*

5. *If the prisoner does not demand a speedy trial at this time and further elects to demand a speedy trial on these charges at a later date, you should obtain a new set of this Form USM-17 from the United States Marshal, have the prisoner complete the amended form, and forward both copies to this office."*

*Your cooperation is greatly appreciated.*

1 - USMS

Form USM-17
(Est. 7/28/77)