ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, PAUL WHITMORE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO: CRF-02-5301 OWW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION TO VACATE FEDERAL CONVICTION** |
| PAUL WHITMORE, | ) | |
| Defendant. | ) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the hearing scheduled for June 11, 2007 be continued until July 23, 2007 at 9:00 a.m. in the above-entitled court.

The parties agree to the following briefing schedule: Defendant Paul Whitmore shall have until June 22, 2007 to file any pleading opposing the government's response to Mr. Whitmore's motion to withdraw his jury trial waiver. The government shall have until July 11, 2007 to submit any pleading opposing or responding to Mr. Whitmore's submission.

It is agreed that the hearing on Mr. Whitmore's motion, as well as sentencing in this matter, should the same become necessary, be continued to July 23, 2007.

This stipulation is necessitated by multiple obligations, and deadlines, facing defense counsel for Mr. Whitmore. The additional time will allow counsel for Mr. Whitmore to effectively represent him at the hearing, and should it become necessary, at his sentencing.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: May 29, 2007        /s/ David Gappa
                           DAVID GAPPA
                           Assistant United States Attorney
                           **This was agreed to by Mr. Gappa via telephone, on May 25, 2007**

DATED: May 29, 2007        /s/ Roger K. Litman
                           ROGER K. LITMAN
                           Attorney for Defendant
                           PAUL WHITMORE

## **ORDER**

The court having considered the stipulation of the parties and GOOD CAUSE APPEARING, the court now orders that the sentencing hearing currently scheduled for June 11, 2007, be continued to July 23, 2007 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   May 31, 2007**              **/s/ Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE