ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California  93721
Telephone:  (559) 237-6000

Attorney for Defendant, PAUL WHITMORE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>PAUL WHITMORE,<br><br>    Defendant. | CASE NO:  CRF-02-5301 OWW<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION TO VACATE FEDERAL CONVICTION** |

    The parties hereto, by and through their respective attorneys, stipulate and agree that the hearing scheduled for August 6, 2007 be continued until September 4, 2007 at 9:00 a.m. in the above-entitled court.

    The parties agree to the following briefing schedule: Defendant Paul Whitmore shall have until August 10 , 2007 to file any pleading opposing the government's response to Mr. Whitmore's motion to withdraw his jury trial waiver. The government shall have until August 30, 2007 to submit any pleading opposing or responding to Mr. Whitmore's submission.

    It is agreed that the hearing on Mr. Whitmore's motion, as well as sentencing in this matter, should the same become necessary, be continued to September 4, 2007.

    This stipulation is necessitated by the press of business experienced by defense counsel during the last three weeks.

    The parties also agree that any delay resulting from this continuance shall

1

be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: July 26, 2007              /s/ David Gappa
                                  DAVID GAPPA
                                  Assistant United States Attorney
                                  **This was agreed to by Mr. Gappa via telephone, on July 26, 2007**


DATED:  July 26, 2007             /s/ Roger K. Litman
                                  ROGER K. LITMAN
                                  Attorney for Defendant
                                  PAUL WHITMORE


## ORDER

The court having considered the stipulation of the parties and GOOD CAUSE APPEARING, the court now orders that the sentencing hearing currently scheduled for August 6, 2007, be continued to September 4, 2007 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   July 27, 2007**              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE