ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California  93721
Telephone:  (559) 237-6000

Attorney for Defendant, PAUL WHITMORE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>             Plaintiff,             )<br>     v.                                      )<br>PAUL WHITMORE,                )<br>             Defendant.            )<br>_____) | CASE NO:  CRF-02-5301 OWW<br><br>**ORDER AFTER HEARING** |

    The above matter came on calendar at the request of counsel for Defendant Paul Whitmore, before the Hon. Oliver W. Wanger, Senior United States District Court Judge on January 8, 2008 at 12:30 p.m.  Mr. Whitmore was personally present represented by his counsel, Roger K. Litman.  The United States was represented by David Gappa, Assistant United States Attorney.

    At the request of the defense, Mr. Gappa exited the courtroom to allow the defense to take up the matter of status of counsel for Mr. Whitmore.  Oral presentation was made to the court setting forth the reasons why Mr. Litman felt that he could not ethically continue to represent Mr. Whitmore.

    The court explained to Mr. Whitmore the law applicable to the situation before the court.  Mr. Whitmore advised the court that he understood his counsel's ethical dilemma.  Mr. Whitmore advised the court that he agreed that it was in his best interest that Roger K. Litman be relieved as his attorney of record and that new

counsel be appointed for him.

Mr. Gappa then returned to the courtroom. The court stated its legal conclusion that good cause had been set forth to relieve Roger K. Litman as the attorney of record for defendant Paul Whitmore.

The matter was continued for a status conference to January 14, 2008 at 9:00 a.m. before Judge Wanger to afford the panel administrator a reasonable opportunity to secure replacement counsel for Mr. Whitmore.

The court ordered that the notes of the Certified Shorthand Reporter, taken during this hearing, are to be sealed and not transcribed or disseminated in any manner absent specific order of the court.

**APPROVED AS TO FORM AND CONTENT:**

DATED:  January 9, 2008          /s/ David Gappa
                                 DAVID GAPPA
                                 Assistant United States Attorney
                                 **This was agreed to by Mr. Gappa via telephone, on January 9, 2008**

IT IS SO ORDERED.

**Dated:    January 10, 2008**          /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

2